IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Levi Strauss & Co., | NO. C 05-00319 JW |
|         Plaintiff(s),<br>v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| Tripp NYC, Inc., et al., | |
|         Defendant(s). | |

Based upon the failure of the parties to timely file a joint case management conference statement pursuant to Local Rule 16-9 and this Court's June 1, 2005 Order Continuing Case Management Conference, the Court vacates the July 25, 2005 case management conference for the above-entitled matter. The Court continues the conference to Monday, September 12, 2005 at 10:00 a.m. The parties shall meet and confer, and file a joint case management conference statement no later than August 31, 2005.

Dated: July 20, 2005   /s/ James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Gia L. Cincone glcincone@townsend.com
Gregory S. Gilchrist gsgilchrist@townsend.com

**Dated: July 20, 2005**               **Richard W. Wieking, Clerk**

                                              **By: /jwchambers/**
                                                   **Ronald L. Davis**
                                                   **Courtroom Deputy**

**United States District Court**
For the Northern District of California